UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------x

DANA LONGSTREET,

        Plaintiffs,    **STIPULATION OF DISMISSAL**

  -against-          Docket No.: 21-CV-4355-WFK-LB


QUEENS DEFENDERS and LORI ZENO,

        Defendants.

-------------------------------------------------------------x

  **IT IS HEREBY STIPULATED AND AGREED**, by and between Plaintiff and Defendants in the above-captioned action that, whereas no party hereto is an infant or incompetent person for whom a committee has been appointed, and no person not a party has an interest in the subject matter of the action, in accordance with Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, the Complaint in the above-captioned action and all claims alleged therein be dismissed with prejudice, with each party to bear its own fees and costs.

Dated: January 25, 2022        Dated: January 24, 2022

**DANA LONGSTREET**        **CLIFTON BUDD & DeMARIA, LLP**

*/s/ Dana Longstreet*         */s/ Ian-Paul A. Poulos*

Dana Longstreet         Arthur J. Robb
*Pro Se Plaintiff*          Ian-Paul A. Poulos
320 South Harrison St., Apt. 6L     *Attorneys for Defendants*
East Orange, NJ 07018        The Empire State Building
                350 Fifth Avenue, 61st Floor
                New York, New York 10118
                (212) 687-7410

**SO ORDERED:**

_____   _____
Honorable Eric R. Komitee       Date